# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDRE J. JOHNSON,** | : | **CIVIL NO. 3:14-CV-1743** |
| **Plaintiff** | : | |
| | : | **(Judge Munley)** |
| v. | : | |
| | : | |
| **DOMINICK DEROSE, DEPUTY** | : | |
| **WARDEN NICHOLS, LEONARD,** | : | |
| **Defendants** | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## **ORDER**

**AND NOW**, to wit, this 27th day of April 2015, upon consideration of defendants' motion (Doc. 17) to dismiss plaintiff's complaint (Doc. 1), it is hereby ORDERED that

1. The motion is DEEMED unopposed, See L.R. 7.6, and GRANTED.

2. Plaintiff's complaint is DISMISSED in its entirety.

3. The Clerk of Court is directed to CLOSE this case.

4. Any appeal from this order is DEEMED frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

               **BY THE COURT:**

               **s/James M. Munley**
               **JUDGE JAMES M. MUNLEY**
               **United States District Court**